

**FILED**
6/8/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAR 11 2016
3-11-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Aaron Krysowaty

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Officer Gonzalex
Supt. ~~████~~ Acci
Sheriff Tom Dart
Officer Odeh

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

16-cv-3178
Judge Rebecca R. Pallmeyer
Magistrate Judge Sidney I. Schenkier
PC11

Case No:_____
(To be supplied by the <u>Clerk of this Court</u>)

| CHECK ONE ONLY: | **AMENDED COMPLAINT** |

✓        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____        **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____        **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Reviewed: 8/2013

I. **Plaintiff(s):**

A. Name: Aaron Krysowaty

B. List all aliases: _____

C. Prisoner identification number: 20130508028

D. Place of present confinement: Cook County jail

E. Address: PO Box 089002 Chicago, Il 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Officer Gonzalez

   Title: Correctional Officer

   Place of Employment: Cook county jail

B. Defendant: Supt. Arci

   Title: Jail superintendent

   Place of Employment: Cook County jail

C. Defendant: Tom Dart

   Title: Cook County sherriff

   Place of Employment: Cook county jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Reviewed: 8/2013

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: _Aaron Krysawaty v. Supt. Martinez, et al. # 14 C 7427_

   B. Approximate date of filing lawsuit: _2014 ?_

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Aaron Krysawaty_

   D. List all defendants: _Officer Theofanopolos, Supt. Martinez, Jon Doct_

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Cook County_

   F. Name of judge to whom case was assigned: _Judge Feilmeyer_

   G. Basic claim made: _Failure to protect an inmate_

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Settlement made_

   I. Approximate date of disposition: _April 2015_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Reviewed: 8/2013

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 11-28-15 I came back to Cook from Livingston Co. shipment. At 4:00pm I was locked in my cell with no mattress. At 10:30 pm officer Gonzolas brought me a moldy piece of plastic, half filled with padding. I told him I'm athesmatic and cannot sleep on mold. I was given a direct order to stand back while he ~~opened~~ opened the door to my cell, and threw the moldy plastic at my feet. It immediately stunk the whole cell up. He told me I have no choice but to sleep on it. I tried to tell the officer on 3rd shift what happened and he told me to "deal with it". I was forced to sleep on the hard steel bunk for the night. The next morning officer ODeh gave me another moldy "mattress." I immediately filed a grievance. After a few days I started having athesma attacks, heaviness on my chest, and severe headaches. I filled out a medical form. The nurse gave me a

Reviewed: 8/2013

Fresh inhaler and some tylonol. It took Cook county authorities 1 week to provide me with sufficient bedding. Officer Harris replaced the mattress. When he took the moldy one he ~~~~ replied "man this thing stinks." Because I was forced to suffer for a week I am wanting to hold the 2 officers, and the sheriff + supt. responsible. I feel it is the job of the supt. and sheriff to prevent this situation from happening. It took 3-4 weeks for my breathing + headaches to return to normal. I feel this is a case of failure to provide sufficient housing / Cruel and unusual punishment.

Reviewed: 8/2013

V.   **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I wish to be compensated for the suffering brought on by officer Gonzalez's et. al lack of concern for my health/human rights, failure to provide sufficient housing, in the sum of $25,000

VI.   The plaintiff demands that the case be tried by a jury.   ☐ YES   ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 26 day of Feb, 20 16

_____
(Signature of plaintiff or plaintiffs)

Aaron Krysowaty
(Print name)

20130508028
(I.D. Number)

P.O. Box 089002
Chicago, IL 60608
(Address)

Reviewed: 8/2013

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

Inmate #: 0304879

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

☐ GRIEVANCE   ☑ NON-GRIEVANCE (REQUEST)

CONTROL #: N/A

### INMATE INFORMATION

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de Identificación): |
|---|---|---|
| Krusowaty | Aaron | 20130508028 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

**CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:**
170 - Living Conditions

**IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):**

**CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO:** 09-Supt
**DATE REFERRED:** 12/1/15

**RESPONSE BY PERSONNEL HANDLING REFERRAL:**
[illegible handwriting]

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** [illegible]
**SIGNATURE:** [illegible]
**DIV./DEPT.:** 9
**DATE:** 12/2/15

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** ___
**SIGNATURE:** ___
**DIV./DEPT.:** ___
**DATE:** ___

**NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):**
☐ GRIEVANCE SUBJECT CODE: ___
☐ NON-GRIEVANCE SUBJECT CODE: ___

**INMATE SIGNATURE (Firma del Preso):** X [signature]

**DATE RESPONSE WAS RECEIVED (Fecha en que la respuesta fue recibida):** X 12/5/15

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** ___/___/___

**INMATE'S BASIS FOR AN APPEAL:**

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
☐ Yes  ☐ No

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:**

**ADMINISTRATOR/DESIGNEE:** ___
**SIGNATURE:** ___
**DATE:** ___

**INMATE SIGNATURE:** ___
**DATE INMATE RECEIVED APPEAL RESPONSE:** ___/___/___

(FCN-48)(NOV 11)   (WHITE COPY – PROGRAM SERVICES)   (YELLOW COPY – C.R.W./PLATOON COUNSELOR)   (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Aguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso/Respuesta/Forma de Apelación)

Inmate #: 0304879

☐ GRIEVANCE  ☑ NON-GRIEVANCE (REQUEST)

CONTROL #: N/A

### INMATE INFORMATION

- INMATE LAST NAME: Krysowaty
- INMATE FIRST NAME: Aaron
- ID Number: 20130508028

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

**CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:**
200 - Medical Treatment

**IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):**
Per detainee, he has submitted a Health Services Request form.

**CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO:** Cermak
**DATE REFERRED:** 12/10/15

**RESPONSE BY PERSONNEL HANDLING REFERRAL:**
Submit HSRF if you wish to be seen regarding % moldy mattress.

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Susan [illegible]
**SIGNATURE:** Susan [illegible]
**DATE:** 12/20/15

**INMATE SIGNATURE:** X [signature]
**DATE RESPONSE WAS RECEIVED:** 12/24/15

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

(FCN-48)(NOV 11) (WHITE COPY – PROGRAM SERVICES) (YELLOW COPY – C.R.W./PLATOON COUNSELOR) (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** (¡ Para ser llenado solo por el personal de Inmate Services !)

**GRIEVANCE FORM PROCESSED AS:**
☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

### INMATE INFORMATION (Información del Preso)

- PRINT - INMATE LAST NAME: **Krysowaty**
- PRINT - FIRST NAME: **Aaron**
- INMATE BOOKING NUMBER: **20130508028**
- DIVISION: **9**
- LIVING UNIT: **3 H**
- DATE: **12-10-15** AK

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.
- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

- DATE OF INCIDENT: **12-5-15**
- TIME OF INCIDENT: **8:00 am**
- SPECIFIC LOCATION OF INCIDENT: **DIV 9 3 H**

I recieved a response to my grievance today. This is an appeal to my grievance about the mattress. I had to sleep on a moldy mattress for 1 week. I have been needing my athesma inhaler twice as much and my chest feel's heavy (trouble breathing). And bad headaches

**ACTION THAT YOU ARE REQUESTING:**
Appeal, medical attention, control #

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: **Aaron Krysowaty**

INMATE SIGNATURE AND DATE: *Aaron Krysowaty* **12-10-15**

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

- CRW/PLATOON COUNSELOR (Print): **R. Williams**
- SIGNATURE: *R. Williams*
- DATE CRW/PLATOON COUNSELOR RECIEVED: **12/10/15**
- SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): 
- SIGNATURE: 
- DATE REVIEWED: 

(FCN-40)(SEP 14)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: _____

### !This section is to be completed by Program Services Staff - ONLY! (¡Para ser llenado solo por el personal de Program Services!)

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

Program Services Supervisor Approving Non-Grievance (Request) Signature: _____

### INMATE INFORMATION (Información del Preso)

| PRINT - INMATE LAST NAME | PRINT - FIRST NAME | ID Number |
|---|---|---|
| Kipaurity | Aaron | 20130508028 |

| DIVISION | LIVING UNIT | DATE |
|---|---|---|
| 9 | 3-H | 11/30/15 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

PLEASE INCLUDE: Date of Incident - Time of Incident - Specific Location of Incident

On 11-28-15 I came back from Livingston County. I was locked in my cell about 4:00pm with no mattress. At 10:30 pm officer Gonzolas brought me a moldy piece of plastic with half the stuffing gone. I told him I'm athesmatic and cannot sleep on mold. He told me I have to take it. I was denied sufficient bedding and had to sleep on my blanket without the mattress because of the mold. The 3rd shift officer told me "deal with it". Officer Odeh on 1st shift gave me something a little better, not much.

**ACTION THAT YOU ARE REQUESTING:** I want something done about the mattress situation here in Div 9

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: [signature]

INMATE SIGNATURE: [signature]

SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW / PLATOON COUNSELOR (Print) | SIGNATURE | DATE CRW/PLATOON COUNSELOR RECEIVED |
|---|---|---|
| R. Williams | R. Williams | 12/1/15 |

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print) | SIGNATURE | DATE REVIEWED |
|---|---|---|
| | | / / |

FCN-47 (Rev. 09/14)  WHITE COPY - PROGRAM SERVICES  YELLOW COPY - CRW / PLATOON COUNSELOR  PINK COPY - INMATE